1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KAREEM J. HOWELL,

11              Plaintiff,                          No. CIV S-06-1201 GEB KJM P

12        vs.

13    P. CHOLAKYAN, et al.,

14              Defendants.                         ORDER

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42

17    U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18    required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

19    either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

20    to submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23    in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24    Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

25    dismissal of this action; and

26    /////

                                              1

1        2.  The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis By a Prisoner.

3    DATED:  June 19, 2006.

4

5

6                          UNITED STATES MAGISTRATE JUDGE

7

8

9    1/mp
    howe1201.3a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26